IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 02-cr-00293-RB-20

UNITED STATES OF AMERICA,

>   Plaintiff,

v.

20.  SHAWN DIXON,

>   Defendant.

## MINUTE ORDER[1]

The matter comes is before the court *sua sponte.* The initial appearance/revocation hearing set for Friday, January 6, 2012, is **VACATED** and is **CONTINUED** pending further order of court. On **January 6, 2012**, commencing at 8:30 a.m., the court shall conduct a telephonic setting conference to reset the initial appearance/revocation hearing in this matter. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated:  January 4, 2012

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.