**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 02-cr-00293-RB-20

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

20.  SHAWN DIXON,

      Defendant.

---

**MINUTE ORDER**[1]

---

On January 6, 2011, the court spoke with counsel for the government and later with defense counsel, in discussing a date and time for the initial appearance/revocation hearing in this matter. After speaking with both counsel, and with their consent,

**IT IS ORDERED** as follows:

1. That on **March 30, 2012**, at 1:30 p.m. the court shall conduct an initial appearance/revocation hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  January 6, 2012

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.