**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 02-cr-00293-REB-18

UNITED STATES OF AMERICA,

    Plaintiff,

v.

18. DAVID MICHAEL CANTU,

    Defendant.

---

**MINUTE ORDER**[1]

---

On **July 19, 2012**, commencing at 9:00 a.m, the court shall conduct a supervised release violation hearing in this matter. The court reserving 45 minutes for this hearing.

**IT IS FURTHER ORDERED** that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: July 9, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.