**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 02-cr-00293-REB-18

UNITED STATES OF AMERICA,

    Plaintiff,

v.

18. DAVID MICHAEL CANTU,

    Defendant.

## MINUTE ORDER[1]

At the oral request of the parties, and the probation department, the revocation hearing set for July 19, 2012, is **VACATED** and is **CONTINUED** to **October 12, 2012**, at 11:30 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: July 12, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.