**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 02-cr-00293-REB-18

UNITED STATES OF AMERICA,

      Plaintiff,

v.

18.  DAVID MICHAEL CANTU,

      Defendant.

---

**MINUTE ORDER**[1]

---

      Due to an oversight on the part of the court, the supervised release violation hearing set for October 17, 2012, at 9:00 a.m., is **RESET** to **11:00 a.m.**, on this date. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  October 11, 2012

---

[1]  This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.